# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Michael Lopez**,

    Plaintiff,

v.

**Eugenia O. Getz,** et al,

    Defendants.

**Case:** 2:18-cv-02152-SJO-MRW

Judgment Re: Plaintiff's Motion for Attorney's Fees

    Following the Court's ruling on January 10, 2020, the Court grants JUDGMENT in favor of plaintiff Michael Lopez and against defendants Eugenia O Getz, Jose Luis Getz and La Poblana Meat Market in the amount of $17,226.00 in attorneys' fees and $830.00 in costs –totaling $18,056.00.

Dated: 8/25/2020

_____
Hon. Philip S. Gutierrez
Chief U.S. District Judge

JUDGMENT      2:18-cv-02152-SJO-MRW